467 A.2d 47

Commonwealth v. Rudd, Appellant.

Submitted October 26, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.